UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARDIAN PURINI,<br><br>                           Petitioner,<br><br>             -against-<br><br>KIKA SCOTT, SENIOR OFFICIAL PERFORMING THE DUTIES OF DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES<br><br>                           Respondent. | 25-CV-4195 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

It is hereby ORDERED that the parties shall meet and confer and file a joint status letter by **July 15, 2025**. Such letter shall state whether the parties anticipate needing discovery in this matter, and if so, the parties shall attach a proposed case management plan, available at the Court's website, https://www.nysd.uscourts.gov/hon-jessica-g-l-clarke. The letter shall also state whether either party intends to file a dispositive motion, and if so, shall provide a proposed briefing schedule on any such motion. To the extent possible, the parties shall offer a joint proposal; alternatively, the parties may offer competing proposals. The letter shall further state whether the parties request a referral for alternative dispute resolution through the District's Mediation Program or before the assigned Magistrate Judge. The letter shall finally include any other information relevant to resolving this case, whether through settlement, trial, or dispositive motion practice.

Dated: May 29, 2025
           New York, New York

                                                                                    SO ORDERED.

                                                                                    *Jessica Clarke*
                                                                                    _____
                                                                                    JESSICA G. L. CLARKE
                                                                                    United States District Judge