UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARDIAN PURINI,

Petitioner,

-against-

KIKA SCOTT,

Respondent.

25 CIVIL 4195 (JGLC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 28, 2026, the Court GRANTS Respondent's Motion to Dismiss. The Court dismisses Petitioner's claims without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**